UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | 11-MC-80   RHK/FLN |
| Petitioner, | |
| v. | O R D E R |
| Marcia Johnson, | |
| Respondent. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 18, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the Respondent, Marcia Johnson, Chief Executive Officer of MWJ, Inc., is directed, within 30 days:

1.  To obey every requirement of the IRS summons issued to her on June 9, 2011 to the extent not yet complied with;

2.  Specifically, within 30 days, to provide Revenue Officer Diane Kruger at the IRS office at 21 Second Street SW, Rochester, MN 55902, with testimony and any and all remaining categories of documents and information sought in the summons.


DATED: February 13, 2011.      s/Richard H. Kyle
at St. Paul, Minnesota      JUDGE RICHARD H. KYLE
    United States District Court